


1 BENJAMIN B. WAGNER
  Acting United States Attorney
2 ELANA S. LANDAU
  Assistant U.S. Attorney
3 4401 Federal Building
  2500 Tulare Street
4 Fresno, California 93721
  Telephone: (559) 497-4000
5

6

7 **SEALED**

8

9           IN THE UNITED STATES DISTRICT COURT FOR THE

10                    EASTERN DISTRICT OF CALIFORNIA

11

12 UNITED STATES OF AMERICA,     )  CASE NO. 1:11 CR 00256 OWW
                                  )
13           Plaintiff,           )  EX PARTE MOTION TO SEAL
                                  )  INDICTMENT PURSUANT
14      v.                        )  TO RULE 6(e), FEDERAL
                                  )  FEDERAL RULES OF
15 DARIUS DEWAYNE KEY,            )  CRIMINAL PROCEDURE
                                  )
16           Defendant            )
                                  )
17 _____ )

18

19      The government moves the Court, pursuant to Rule 6(e) of the
20 Federal Rules of Criminal Procedure, to order and direct that the
21 Indictment returned by the Grand Jury on July 28, 2011, charging
22 the above defendant with a violation of Title 21, United States
23 Code, Sections 841(a)(1), 841(b))(1)(B)-Distribution of Cocaine
24 Base, charges be kept secret until the defendant named in the
25 Indictment is either in custody or has been given bail on these
26 offenses; and further order that until such time as the defendant
27 is in custody or has been given bail, that no person shall
28 disclose the finding of the Indictment or any warrant issued

1 | pursuant thereto, except when necessary for the issuance and
2 | execution of the warrant.

3 | DATED: July 28, 2011                    Respectfully submitted,

BENJAMIN B. WAGNER
Acting United States Attorney

By /s/ Elana Landau
ELANA S. LANDAU
Assistant U.S. Attorney

IT IS SO ORDERED this 28 day of July, 2011

_____
U.S. Magistrate Judge

2