

FILED
NOV 18 2019
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DL
DEPUTY CLERK

HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHARLES J. LEE, Bar #221057
Assistant Federal Defender
Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:11-cr-00256-1 AWO |
| Plaintiff, | **APPLICATION AND [PROPOSED] ORDER APPOINTING CJA PANEL COUNSEL** |
| vs. | |
| DARIUS DEWAYNE KEY, | |
| Defendants. | |

Defendant, Darius Dewayne Key, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her supervised release. Our office has a conflict.

Mr. Key submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. On April 9, 2012, Mr. Key pled guilty to Count 1 of the Indictment, namely, a violation of 21 U.S.C. § 841(a)(1) & (b)(1)(A) ~ Distribution of Cocaine Base (Doc. 27). On June 25, 2012, Mr. Key was sentenced to 60 months custody, 60 months supervised released, and a $100 special assessment (Doc. 30). To that end, Mr. Key wishes to seek early termination of his term of supervised release.

Therefore, after reviewing his Financial Affidavit, it is respectfully recommended that counsel be appointed to assist him in this regard.

DATED: November 12, 2019

CHARLES J. LEE
Assistant Federal Defender
Branch Chief, Fresno Office

**ORDER**

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints counsel pursuant to 18 U.S.C. § 3006A.

DATED: November 18, 2019

HONORABLE BARBARA A. McAULIFFE
UNITED STATES MAGISTRATE JUDGE